IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JESSE ANDERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:10-cv-03598 |
| v. ) | |
| ) | |
| GUARANTEED RATE, INC. et al., ) | |
| ) | |
| Defendants. ) | |

**JOINT MOTION FOR ENTRY OF JUDGMENT AS TO COUNT THREE OF PLAINTIFF'S AMENDED COMPLAINT PURSUANT TO RULE 68 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Plaintiff, Jesse Anderson, and Defendant, Guaranteed Rate, Inc., respectfully move for entry of Judgment as to Count Three of Plaintiff's Amended Complaint Pursuant to Rule 68 of the Federal Rules of Civil Procedure. In support of this Motion, the parties state as follows:

1. On February 10, 2012, Defendant made an Offer of Judgment to Plaintiff in writing.

2. On February 22, 2012, Plaintiff accepted the Offer of Judgment in writing.

3. Under Rule 68 of the Federal Rules of Civil Procedure, a party must file an offer of judgment and acceptance with the Court.

4. On April 30, 2012, Defendant's Offer of Judgment was filed, under seal, with the Clerk of the Court.

5. Under Rule 68 the Clerk must enter judgment pursuant to the accepted Offer of Judgment.

6. Having resolved all potential liability on/for Count Three of Plaintiff's Amended Complaint, the parties desire to have judgment entered on that Count.

WHEREFORE, the parties respectfully request the Clerk of the Court to enter judgment on/for Count Three of Plaintiff's Amended Complaint, pursuant to Rule 68 of the Federal Rules of Civil Procedure, in favor of Plaintiff Jesse Anderson and against Guaranteed Rate, Inc.

Respectfully submitted,

| | |
|---|---|
| /s/Mark J. Romaniuk | /s/Clayton E. Hutchinson |
| Mark J. Romaniuk (Ind. Bar No. 15255-49) | Clayton E. Hutchinson |
| *Admitted pro hac vice* | Richard J. Cunningham |
| FAEGRE BAKER DANIELS LLP | Ryan Danahey |
| 300 N. Meridian, Suite 2700 | Guaranteed Rate, Inc. |
| Indianapolis, IN 46204 | 3940 North Ravenswood |
| Telephone: (317) 237-0300 | Chicago, IL 60613 |
| Facsimile: (317) 237-1000 | Email: clayton.hutchinson@guaranteedrate.com |
| Email: mark.romaniuk@FaegreBD.com | Email: ryan.danahey@guaranteedrate.com |
| | |
| Kurt Stitcher (ARDC #6205369) | Attorneys for Defendants |
| FAEGRE BAKER DANIELS LLP | |
| 311 South Wacker Drive, Suite 4400 | |
| Chicago, IL 60606 | |
| Telephone: (312) 212-6526 | |
| Facsimile: (312) 212-6501 | |
| Email: kurt.stitcher@FaegreBD.com | |
| | |
| Attorneys for Plaintiff | |